**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  05-203-02 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **KAREN PERRY** | **:** | |

**INFORMATION TO ESTABLISH PRIOR**
**CONVICTION FOR  FELONY DRUG OFFENSE**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to

establish that the defendant, **KAREN PERRY**, has the following prior convictions for  felony

drug offenses:

| | |
|---|---|
| **Possession of Controlled** | **Possession of Controlled** |
| **and Dangerous Substance (Heroin)** | **and Dangerous Substance** |
| **Case No. GC03103875-00** | **Case No. GC04004652-00** |
| **Fairfax County, Virginia** | **Fairfax County, VA** |
| **Date: 1/9/04** | **Date: 6/7/04** |

Accordingly, in the pending case, the defendant is subject to a **10-year mandatory**

**minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(B), which provides: "If

any person commits such a violation after a prior conviction for a felony drug offense has

become final, such person shall be sentenced to a term of imprisonment which may not be less

than 10 years..."

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058


_____

Catherine K. Connelly
Assistant United States Attorney
Narcotics Section, Mass.  Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
Phone: 616-3384
Fax: 353-9414


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, James Beane, this 14th day of June, 2005.


_____

Catherine Connelly
Assistant United States Attorney