UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-203-02 (PLF)** |
| | : | |
| v | : | |
| | : | |
| **KAREN PERRY** | : | |

### ORDER

WHEREUPON, having considered Goverment's Motion to Impeach Defendant with her Prior Convictions, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion is hereby GRANTED

Date:_____                              _____
                                                                            Paul L. Friedman
                                                                            United States District Judge

cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

James Beane
6729 Hopewell Avenue
Springfield, VA 22151