**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number: 05 cr 0203

KAREN M PERRY

(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

__X__ CJA         ____ RETAINED         ____ FEDERAL PUBLIC DEFENDER

/S/
(signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

James W. Beane, Jr.
(Attorney & Bar ID Number)

444920
(Firm Name)

2715 M STREET, NW, SUITE 200
(Street Address)

Washington  DC  20001
(City)           (State)           (Zip)

(202) 333-5905
(Telephone Number)