**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  05-203-02 (PLF)** |
| | **:** | |
| v | **:** | |
| | **:** | |
| **KAREN PERRY** | **:** | |

**<u>ORDER</u>**

WHEREUPON, having considered Goverment's Motion In Limine Seeking Admission

of Evidence Pursuant to Federal Rule of Evidence 404(b), and the record herein, it is this _____

day of _____, 2005, hereby

ORDERED, that the Government's Motion is  hereby GRANTED.


Date:_____

_____
Paul L. Friedman
United States District Judge


cc:

Catherine K. Connelly
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

James Beane
6729 Hopewell Avenue
Springfield, VA 22151