UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-203-01 (PLF) |
| | : | and |
| v. | : | CRIMINAL NO. 05-203-02 (PLF) |
| | : | |
| THURMAN SIMPSON and | : | |
| KAREN PERRY | : | |

## PARTIES' JOINT STATUS REPORT

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Tony Miles, counsel for Thurman Simpson, and James Beane, counsel for Karen Perry, respectfully submit this joint status report.

    The parties in these matters are in the process of attempting to negotiate plea agreements. As such, all parties are requesting an additional thirty days to explore the possibility of disposing of these cases short of trial.

    Respectfully submitted,

_____
Catherine K. Connelly
Assistant United States Attorney

_____
Tony Miles
Attorney for Thurman Simpson

_____
James Beane
Attorney for Karen Perry

1